# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1789
LT Case No. 2020-DR-001578-A

_____

RAMON SOTO,

      Appellant,

      v.

NANCY SOTO,

      Appellee.

_____

On appeal from the Circuit Court for Lake County.
Wilfredo Martinez, Judge.

Ramon Soto, Altamonte Springs, Pro se.

K. Scott Schlegal, of Schlegal Law Group, Orlando, for Appellee.

December 19, 2023

PER CURIAM.

      AFFIRMED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____